# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1564
LT Case No. 1996-CF-5156

_____

JEREMIAH BUTLER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Keith Peterson, of the Law Offices of Peterson, P.A., Mulberry, for Appellant.

Jeremiah Butler, Crestview, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

March 5, 2024

PER CURIAM.

   AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____